# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation<br><br>(This Document Applies to All Cases) | Case No.: 1:14-md-02542-VSB-SLC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Maureen Kane Berg, the undersigned hereby moves this Court to withdraw the appearance of Maureen Kane Berg as a counsel of record for Plaintiffs who are not part of the Direct Purchaser Plaintiff class (collectively "DPPs") in the above-captioned actions.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Maureen Kane Berg*

Maureen Kane Berg (IL Bar No. 6200319)
Lockridge Grindal Nauen PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4037
Email: mkberg@locklaw.com

*Counsel for Direct Purchaser Plaintiffs*

The Court is in receipt of the motion filed by Maureen Kane Berg, Esq. to withdraw as counsel for Plaintiffs who are not part of the Direct Purchaser Plaintiff class ("DPPs"). (Dkt. No. 2625 (the "Motion")). In the Motion, however, Ms. Berg does not specify the names of the Plaintiffs for which she wishes to withdraw as counsel. (Id.) Accordingly, the Motion is **DENIED WITHOUT PREJUDICE**. By **November 6, 2026**, Ms. Berg may re-file the Motion specifying the names of the Plaintiffs for which she wishes to withdraw as counsel.

The Clerk of Court is respectfully directed to close Dkt. No. 2625.

SO ORDERED. October 30, 2026

SARAH L. CAVE
United States Magistrate Judge